Nos. 430 and 834. Achilli *v.* United States, 353 U. S. 373;

No. 435. Mulcahey, District Director, Immigration and Naturalization Service, *v.* Catalanotte, 353 U. S. 692;

No. 866. Sun Oil Co. *v.* State Mineral Board et al., 353 U. S. 962;

No. 889. Talley *v.* Sears, Roebuck & Co., 353 U. S. 965;

No. 915. Atkins *v.* United States, 353 U. S. 974;

No. 960. Gray et al. *v.* New York, New Haven & Hartford Railroad Co., 353 U. S. 966;

No. 1017. Smoot Sand & Gravel Corp. *v.* Commissioner of Internal Revenue, 354 U. S. 922;

No. 591, Misc. Sheridan *v.* United States, 353 U. S. 980;

No. 618, Misc. Touhy *v.* Illinois, 353 U. S. 962;

No. 725, Misc. Faubert *v.* Groat et al., 353 U. S. 980; and

No. 765, Misc. Sheffield *v.* Louisiana, 354 U. S. 915. Petitions for rehearing denied.

No. 64. Libson Shops, Inc., *v.* Koehler, District Director of Internal Revenue, 353 U. S. 382. Rehearing denied. Mr. Justice Whittaker took no part in the consideration or decision of this application.

No. 370. Baltimore & Ohio Railway Co. *v.* Jackson, 353 U. S. 325. Motion of the Association of American Railroads for leave to file brief, as *amicus curiae,* in support of the petition for rehearing granted. Rehearing denied.